MARION E. JORDAN and Another, Copartners, etc., Respondents, v. McLANE SILK COMPANY, INC., Defendant, Impleaded with MORTON H. MEINHARD and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK AGOS, an Infant, etc., by JOE AGOS, His Guardian ad Litem, and JOE AGOS, Respondents, v. SANTINI PIANO AND FURNITURE MOVERS, INC., Appellant. — Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground of the exclusion of the proper evidence of the police officer. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDYE FAE SALZMAN, an Infant, etc., by AARON SALZMAN, Her Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AARON SALZMAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MURRAY J. MOLDAUER, Appellant, v. WILLIAM EDWARD LIND, Defendant, Impleaded with ABRAHAM WECHSLER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CATHERINE STEPHENSON, Appellant, v. UNION INDEMNITY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED W. LEVI, Respondent, v. JACOB POLAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GUISEPPE SCOZZARI, Appellant, v. UNITED DISTILLERS COMPANY and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

712 HOLDING CORPORATION, Respondent, v. GREELEY BUILDING CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Martin, J., dissent.

HAROLD SMITH, Respondent, v. JOHN A. HARRISS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and to serve said answer upon the codefendant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.